Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ROGER NELSON ROEBUCK & DEBBIE JEAN ROEBUCK

CASE NO. 09-70429-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: COLOR DESIGNS |
| SS#1: xxx-xx- 5781 | SS#2: xxx-xx- 1226 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:   9/24/2009   Orig. Time:   1:00 PM        Reset Date:              Reset Time:

  B. Meeting Results:    Adjourned

  C. Debtor(s):    Debtor 1 Appeared           Debtor 2 Appeared

  D. Attorney for Debtor(s):    Appeared

  E. Creditor Appearance:    None

  F. Amount Paid to the Trustee as of    9/25/2009    $691.00    First Payment Due Date:    9/24/2009

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:    B22C Form is:    Complete

    Budgeted Income:    $6,295.17    Expense:    $5,604.17    Surplus:    $691.00

    Plan Payment:    $691.00   Monthly                            Plan Term(Months):    40

  I. Value of Non-Exempt Property:    $0.00   Proposed Amount to Unsecured Creditors:    $0.00

    ____ Objection to Exemption of:

    ____ Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:

    ____ Object to Invoke Stay Pleading

    ____ Case Converted from Chapter 7, Bar Date Set:    12/23/2009    Date Converted from Chapter 7:

  J. Required Information:    Good

  K. Business Information:

  L. Object to Confirmation:    Yes

    Burkburnett ISD $488.61 needs treatment

  M. Financial Management Class:    Debtor 1 Appeared        Debtor 2 Appeared

  N. Eligibility:

    Certificate of Credit Counseling Filed:    Both Debtor 1 and Debtor 2

    Credit Counseling Provider Approved:            Yes

    Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):    No

  O. Domestic Support Obligation:    $0.00   Current:        Arrears:    $0.00

    Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:    Questions
      -SOFA 18 does not list Monet Design.
        -Does Mrs. operate Monet Design or is only a booth renter?
    She does not operate Monet Designs
    Objections
      -Burkburnett ISD $488.61 needs treatment

Dated:    9/24/2009                                            /s/ Walter O'Cheskey
                                                               Standing Bankruptcy Trustee
                                                               By:     Brent Hagan

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | 09-70429 | | | |
| **Debtor:** | | Roebuck | | | |
| **Attorney:** | | MJW | | | |
| **Presiding Officer:** | | Brent Hagan | | | |
| **Calculation Date:** | | | | | 9/23/2009 13:15 |

| Domestic Support  Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Wichita County | $525.61 | 12.00% | 40 | $16.01 | $640.31 |
| Burkburnett ISD-$488.61-09 tax not provided | $0.00 | 12.00% | 40 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $7,505.96 | | 40 | $187.65 | $7,505.96 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**    Paid Through the Plan | $3,229.00 | $3,229.00 |
| **Noticing Fees** | $56.40 | $56.40 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $3,229.00 | | |
| Less Noticing Fees | $56.40 | Greater Of ---------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $7,505.96 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $77,801.41 |
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $12,695.59 |
| **Debtor Plan Base (Monthly Payment X Term)** | $27,640.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$14,944.41** |

**Comments:**

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | **9/23/2009 13:15** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007