U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

**Signed February 14, 2013**

---

DDIS JOINTORDDISC

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

**IN RE:**
**DEBBIE JEAN ROEBUCK**                     **CASE NO: 09-70429-HDH-13**

**1402 KAY**
                                            **DATED: February 14, 2013**
**BURKBURNETT TX 76354**                    **DEBTOR ATTY: MONTE J WHITE**

---

**ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN**

Came to be considered the Debtor(s)' Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. Sec. 1328 (a), and it appearing to the Court that said Motion was properly noticed in compliance with 11 U.S.C. Sec. 102(1). Based on debtor(s)' certification and the Standing Trustee's recommendation, the Court finds:

1. Debtor has paid all amounts payable by debtor under a judicial or administrative order, or by statute, to pay a domestic support obligation, if any, that were due on or before the date of certification, including prepetition amounts, and provided for by the plan (including all payments designated as "direct").
2. The debtor(s) has not received a discharge:
    a. In a case filed under chapter 7, 11, or 12 of Title 11 during the 4-year period preceding the date of the order for relief in this case, or
    b. In a case filed under chapter 13 of Title 11 during the 2-year period preceding the date of the order for relief in this case,
3. The debtor(s) has completed an instructional course concerning personal financial management as described in 11 U.S.C. Sec. 111 after filing the petition in this case,
4. There is no reasonable cause to believe that:
    a. Section 522(q)(1) may be applicable to debtor(s); and

  b. There is pending any proceeding in which debtor(s) may be found guilty of a felony of the kind  described in section 522(q)(1)(A) or liable for a debt of the kind described in section 522(q)(1)(B), and

  5. Debtor(s) have completed all payments under the plan including direct payments.

IT IS ORDERED THAT:

Pursuant to 11 U.S.C. Section 1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section 502 of Title 11, except any debt:

  1. Provided for under 11 U.S.C. Sec. 1322(b)(5);

  2. Of the kind specified in section 507(a)(8)(C) or in paragraph (1)(B), (1)(C),(2),(3),(4),(5),(8), or (9) of section 523(a);

  3. For restitution, or a criminal fine, included in a sentence on the debtor(s)' conviction of a crime; or

  4. For restitution, or damages, awarded in a civil action against the debtor as a result of willful or malicious injury by the debtor that caused personal injury to an individual or the death of an individual.

  5. Based on an allowed claim filed under 11 U.S.C. Section 1305(a)(2) if prior approval by the trustee of the debtor(s)' incurring such debt was practicable and was not obtained.

  6. Made non-dischargeable by 18 U.S.C. 3613(f), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, order of the Court, or by any other applicable provision of law.

All creditors are prohibited from attempting to collect any debt that has been discharged in this case.


# # #  End of Order # # #


   /s/  Walter O'Cheskey
_____
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

```
                           United States Bankruptcy Court
                             Northern District of Texas
In re:                                                           Case No. 09-70429-hdh
Roger Nelson Roebuck                                             Chapter 13
Debbie Jean Roebuck
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0539-7          User: brielly                Page 1 of 3              Date Rcvd: Feb 15, 2013
                              Form ID: pdf013              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2013.
db/jdb        +Roger Nelson Roebuck,    Debbie Jean Roebuck,    1402 Kay,    Burkburnett, TX 76354-3326
cr             BURKBURNETT ISD,   C/O PERDUE BRANDON FIELDER COLLINS & MOT,    PO BOX 8188,
                WICHITA FALLS, TX 76307-8188
cr            +Citibank, N.A.,   Payment Center, 4740 121st Street,    Urbandale, IA 50323-2402
cr            +PRA Receivables Management LLC,    PO Box 41067,   Norfolk, VA 23541-1067
12586397      +AT & T Universal,    Attn.: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
12631414       BURKBURNETT INDEPENDENT SCHOOL DISTRICT,    CO PERDUE BRANDON FIELDER COLLINS & MOT,    PO BOX 8188,
                WICHITA FALLS TX 76307-8188
12586398      +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    PO Box 26012,    Greensboro, NC 27420-6012
12586399      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
12689166       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
12586400      +Citibank,   Po Box 6241,    Sioux Falls, SD 57117-6241
12586401      +Citibank Na,   Attn.: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
12750437       Citibank South Dakota NA,    Exception Payment Processing,    PO Box 6305,
                The Lakes, NV 88901-6305
14200411      +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
12586402      +City of Burk-ISD-Wichita County,    CO Harold Lerew,    PO Box 8188,    Wichita Falls, TX 76307-8188
12781260      +FIA Card Services NA aka Bank of America,    By PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
12586403      +GEMB-Pay,   Po Box 981416,    El Paso, TX 79998-1416
12586406      +Monte J. White & Associates,    1106 Brook Ave,   Wichita Falls TX 76301-5009
12891234     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                Norfolk, VA 23541)
12702515      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
                CO CITIBANK -SOUTH DAKOTA, N.A.,    POB 41067,   NORFOLK VA 23541-1067
12700058      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    CO Paypal Dual Card,
                POB 41067,   NORFOLK VA 23541-1067
12784442      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    CO Sears Mc,
                POB 41067,   NORFOLK VA 23541-1067
12586407      +Sears-Citibank,    701 East 60th St N,   Sioux Falls, SD 57104-0432
12586408      +United Regional,    1600 11th Street,   Wichita Falls, TX 76301-4388
12631397       WICHITA COUNTY & CITY OF BURKBURNETT,    CO PERDUE BRANDON FIELDER COLLINS & MOT,    PO BOX 8188,
                WICHITA FALLS TX 76307-8188
12673411      +Wells Fargo Bank NA,    4137 121st Street,   Urbandale IA 50323-2310
12586409      +Wf Fin Bank-Wells Fargo Financial,    Attn: Bankruptcy Dept,
                2143 East Convention Center Way No. 200,    Ontario, CA 91764-5451
12847107       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
                Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bknotice@ncmllc.com Feb 15 2013 23:31:52     National Capital Management, LLC,
                8245 Tournament Dr. Ste. 230,    Memphis, TN 38125-1741
12586404       E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 23:42:18      Green Tree Servicing L,
                332 Minnesota St Ste 610,    Saint Paul, MN 55101
12631794       E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 15 2013 23:35:43      Green Tree Servicing LLC,
                P.O. Box 6154,   Rapid City, SD 57709-6154
12631795       E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 15 2013 23:35:43      Green Tree Servicing LLC,
                P.O. Box 0049,   Palatine, IL 60055-0049
12586405       E-mail/Text: cio.bncmail@irs.gov Feb 15 2013 23:30:32     IRS Special Procedures,
                1100 Commerce St., Room 951,    Mail Stop 5029 DAL,   Dallas, TX 75246
12995619      +E-mail/Text: bknotice@ncmllc.com Feb 15 2013 23:31:52     National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741,    USA
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
12847108*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
                Newark, NJ 07193-5480
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0539-7           User: brielly              Page 2 of 3              Date Rcvd: Feb 15, 2013
                               Form ID: pdf013            Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2013**        **Signature:** _Joseph Speetjens_

```
District/off: 0539-7          User: brielly              Page 3 of 3                  Date Rcvd: Feb 15, 2013
                              Form ID: pdf013            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2013 at the address(es) listed below:

```
              George Harold Lerew    on behalf of Creditor    BURKBURNETT ISD hbky@pbfcm.com
              Monte J. White    on behalf of Joint Debtor Debbie Jean Roebuck legal@montejwhite.com,
               pamela@montejwhite.com;chasity@montejwhite.com
              Monte J. White    on behalf of Debtor Roger Nelson Roebuck legal@montejwhite.com,
               pamela@montejwhite.com;chasity@montejwhite.com
              UST   U.S. Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,   ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                             TOTAL: 5
```